

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00316-CR

**STANLEY YARBOROUGH,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 23,744

## O R D E R

Counsel for Stanley Yarborough filed an *Anders*[1] brief on September 30, 2015. He requests an extension of time of 30 days so that Yarborough could file a response to the *Anders* brief.

By its own procedure, the Court allows a defendant an initial 30 days to file a response to an *Anders* brief. Thus, no motion, at this time is necessary. Accordingly,

---

[1] *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967)

Yarborough's "Motion to Extend Time to File Appellant's Brief" is denied without prejudice to filing another motion later, if necessary.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed October 15, 2015

